[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  13-12277
Non-Argument Calendar
_____

D.C. Docket No. 4:12-cv-03840-RBP

VESTA NOLES,

Plaintiff-Appellant,

versus

CITY OF GUNTERSVILLE, ALABAMA,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(December 31, 2013)

Before TJOFLAT, JORDAN, and HILL, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the arguments of the parties contained in their briefs, we affirm the district court in all respects related to this appeal for the reasons stated by the district court.

AFFIRMED.